IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIE G. GULLEY, JR., :
      Petitioner, :
    v. : Case No. 3:19-cv-121-KRG-KAP
MICHAEL SMITH, WARDEN, CAMBRIA :
COUNTY PRISON, :
      Respondent :

WILLIE G. GULLEY, JR., :
      Petitioner, :
    v. : Case No. 3:19-cv-156-KRG-KAP
MICHAEL SMITH, WARDEN, CAMBRIA :
COUNTY PRISON, :
      Respondent :

Memorandum Order

Petitioner's petitions for a writ of habeas corpus were referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 7, 2019, recommending that the petitions be summarily dismissed without service. See ECF no. 3 at Case No. 3:19-cv-121-KRG-KAP; ECF no. 3 at Case No. 3:19-cv-156-KRG-KAP.

Petitioner was notified that pursuant to 28 U.S.C. § 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. Petitioner filed objections at ECF no. 4 in Case No. 3:19-cv-121-KRG-KAP that I have reviewed and reject.

After *de novo* review of the record in this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 29th day of October, 2019, it is ORDERED that the petitions for a writ of habeas corpus, ECF no. 2 at Case No. 3:19-cv-121-KRG-KAP, and ECF no. 2 at Case No. 3:19-cv-156-KRG-KAP, are denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark these matters closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

> Willie Gulley #18-0722
> Cambria County Prison
> 425 Manor Drive
> Ebensburg, PA 15931